Peggy BURRICHTER, Respondent,

v.

UNIPATCH MEDICAL SUPPLIES, and AIG administered by Sedgwick Claims Management Services, Relators,

and

Mayo Foundation, Intervenor.

No. C3–02–941.

Supreme Court of Minnesota.

Sept. 17, 2002.

Raymond R. Peterson, McCoy, Peterson, Jorstad & Babbit, Minneapolis, MN, for Employee–Respondent's Attorney(s).

Eugene J. Flick, Jardine, Logan & O'Brien, Lake Elmo, MN, for Relators' Attorney(s).

Brian W. Roty, Mayo Foundation, Rochester, MN, for Intervenor–Respondent's Attorney(s).

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed May 10, 2002, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $600 in attorney fees.

BY THE COURT:
JAMES H. GILBERT
Associate Justice.

■

Arvid L. FRANSON, Respondent,

v.

SPECIAL SCHOOL DISTRICT # 1, Self Insured/ Sedgwick Claims Management Services, Relator.

No. C5–02–1038.

Supreme Court of Minnesota.

Sept. 18, 2002.

Hon. Gary M. Hall, Workers' Compensation Judge.

James C. Selmer, Marc M. Berg, James C. Selmer & Associates, Minneapolis, MN, for Relators.

William H. Getts, P.A., Minneapolis, MN, for Respondents.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed May 28, 2002, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $600 in attorney fees.

BY THE COURT:
RUSSELL A. ANDERSON
Associate Justice.